UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

JS 6

| Case No. | CV 09-3324 DSF (VBKx) | Date | 5/27/09 |
|---|---|---|---|
| Title | U.S. Bank v. James Bransford | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order REMANDING Case to Superior Court of California, County of Los Angeles

This matter was removed from state court on May 11, 2009, based on federal question jurisdiction. The complaint filed by Plaintiff U.S. Bank National Association is a state law unlawful detainer complaint and does not state a federal cause of action. The notice of removal claims diversity jurisdiction, but it is plain from the face of the complaint that the amount in controversy is less than $75,000. (See Compl. ¶ 9 ("The reasonable value for the use and occupancy of the Property is the sum of $40 per day . . . .").) While the notice of removal alludes to potential federal defenses to the complaint, federal jurisdiction is based on the plaintiff's complaint and not on any counterclaims or defenses that a defendant might assert. See Holmes Group, Inc. v. Vornado Air Circulation Sys., Inc., 535 U.S. 826, 830-32 (2002). The notice of removal also mentions a pending related case between the parties in this Court, but the fact that a state court case may be related to a federal case is not an independent ground for jurisdiction over the state case.

The case is REMANDED to the Superior Court of California, County of Los Angeles.

IT IS SO ORDERED.